DIANNE CRANDELL KERNS, ESQ.
Office of Chapter 13 Trustee
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741-2305
Telephone (520)544-9094
Fax (520)544-7894

# United States Bankruptcy Court

## District Of Arizona

| | |
|---|---|
| In re: ) | |
| ) | |
| JOSE GONZALEZ ) | |
| ) | |
| ) | Case No. 09-29967-TUC-EWH |
| SARA ARMENDARIZ-GONZALEZ ) | |
| ) | |
| ) | Chapter 13 |
| ) | |
| ) | |
| Debtors ) | |
| ) | |

**TRUSTEE'S APPLICATION FOR EXPENSES AND FEES, DISTRIBUTION OF FUNDS FOR COSTS AND ADEQUATE PROTECTION PAYMENTS IN A DISMISSED OR CONVERTED PRE-CONFIRMED CASE**

Dianne C. Kerns who served as the Chapter 13 Trustee prior to the dismissal or conversion in the above-captioned case, hereby reports that the Debtors' case was converted or dismissed by Court Order entered February 23, 2011 prior to confirmation of Debtors' Plan of Reorganization.

The trustee has collected the sum of $22971.28 under the Chapter 13 proceedings and made disbursements totaling $21963.90. Interest in the amount of $0.00 shall be credited to Debtors' account. Court costs of $0.00, Ongoing Mortgage of 13973.43, and pre-confirmation adequate protection payments of $6188.00 were paid.

Therefore, the Trustee requests, pursuant to 28 U.S.C. Section 586(e)(2), that the Trustee be paid from the remaining funds her percentage fee in the amount of $1872.99 ($1802.47 paid for Ongoing Mortgage and pre-confirmation Adequate Protection).

The Trustee further requests authorization to refund the remaining balance of $936.86 to Debtors; or the Debtors' attorney if the attorney has obtained Court approval of the payment of administrative expenses; or to any taxing agency in the event a levy has been placed on the Debtors' property; or in the event the Debtors file a new Chapter 13 prior to the disbursement of the funds on hand, the funds will be applied to the new case as supplemental plan funding.

WHEREFORE, the Trustee certifies to the Court that this estate will be fully administered and requests that she be authorized to make the final receipts and disbursements specified above attending this Chapter 13 case and that she be discharged as Trustee herein, that her bond in this case be canceled and the surety or sureties thereon relieved from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated: 03/16/2011

/s/ Dianne C. Kerns 011557
DIANNE C. KERNS, ESQ.
Office of Chapter 13 Trustee
PMB #413
7320 N. La Cholla #154
Tucson, AZ  85741-2305

A copy of the foregoing mailed
this 03/16/2011 to:

Jose and Sara Gonzalez
1220 S. Brown Ave
Tucson, AZ 85710
Debtors

Wayne Mortensen, Esq.
1837 S. Mesa Dr. #A103
Mesa, AZ 85210
Attorney for Debtors


By: DB

Prepared by DB